

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     *The Nigerian Foundation v. Bedford Umezulike*

Appellate case number:   01-20-00262-CV

Trial court case number:  2016-58037

Trial court:               295th District Court of Harris County

      The appellant has filed a Motion for Rehearing. The Court hereby requests that the appellees file a response to the appellant's motion. *See* TEX. R. APP. P. 49.2. The appellees' response, if any, is due no later than Wednesday, October 19, 2022.

Justice's signature:  /s/ Gordon Goodman
                    Acting individually

Date:  October 4, 2022